UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:21-cr-84 |
| Plaintiff, | : District Judge Walter H. Rice |
| vs. | : Magistrate Judge Peter B. Silvain, Jr. |
| ALL STEEL CARPORTS, INC, | : |
| Defendant. | : |

**DECISION AND ENTRY**

This matter came before the Court for hearing on July 21, 2021, before United States Magistrate Judge Peter B. Silvain, Jr., who thereafter issued a Report and Recommendations. (Doc. #13). Having conducted a full colloquy with the authorized representative of Defendant All Steel Carports, Inc., the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty of knowingly conspiring to encourage and induce illegal aliens to remain in the United States in violation of Title 8 U.S.C. § 1324(a)(1)(A)(v)(I).

The Court, noting that no objections to the Report and Recommendations have been filed and that the time for filing objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's *de novo* review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge, and finds that Defendant's guilty plea was

knowing, voluntary and intelligent. Final acceptance of Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

IT IS SO ORDERED.

August 10, 2021

Walter H. Rice
United States District Judge